# United States District Court
# Central District of California

| | |
|---|---|
| SPORTS MEDIA VENTURES, INC. dba THEPOSTGAME.COM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUFKIN ASSOCIATES, LLC dba LUFKIN & ASSOCIATES, LLC; DOES 1–10, inclusive<br>　　　　Defendants. | Case № 2:16-CV-07853-ODW-E<br><br>**JUDGMENT** |

## JUDGMENT

On September 27, 2017, the parties entered into a settlement agreement to resolve this action in its entirety, including all claims in the Complaint and Counterclaim. (ECF No. 27-3.) The settlement agreement provided that should defendant and counter-plaintiff Lufkin Associates, LLC ("L&A") fail to make the required installment payments, the parties would agree that the Court enter a stipulated judgment in favor of plaintiff and counter-defendant Sports Media Ventures, Inc. ("TPG"). Pursuant to the parties' Stipulation re Entry of Judgment, the Court finds that TPG is entitled to judgment in this action in the sum of $106,210.64 against L&A, which amount includes interest thereon in the amount of $18,452.16,

calculated at the rate of 10% per year from February 1, 2016 through and including the date of entry of this Judgment, less any amounts paid by L&A pursuant to the Agreement between TPG and L&A, and an award of costs and reasonable attorney's fees incurred by TPG in connection with filing and/or enforcing this Judgment to date in the sum of $830.00.

Accordingly, **JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and counter-defendant Sports Media Ventures, Inc. dba ThePostGame.com and against defendant and counter-plaintiff Lufkin Associates, LLC dba Lufkin & Associates in the total sum of $106,210.64.

The Court **VACATES** all dates and deadlines in this case. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 16, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**